UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **EDWARD ROBERGE and DEBORAH ROBERGE** **Plaintiffs** | ) ) | **Civil Action No:** |
| | ) ) | CA 05 537 S |
| **v.** | ) ) | |
| **DAIMLER CHRYSLER GROUP** **Defendant** | ) ) | |

# PETITION FOR REMOVAL

**TO: Chief Judge and Judges of the United States District Court for the District of Rhode Island**

DaimlerChrysler Corporation, improperly named as Daimler Chrysler Group, by and through its attorneys, hereby removes this action from the Trial Court, Superior Court Department, for the County of Providence, State of Rhode Island and Providence Plantations, to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. § 1332, 1441 and 1446 of the United States Code. In support of its Petition for Removal, DaimlerChrysler Corporation states as follows:

1. This cause of action was commenced in the Superior Court of

the State of Rhode Island, Providence County, by service of a Summons and Complaint or about December 8, 2005. A copy of the Summons and Complaint is annexed hereto as Exhibit "A." No further proceedings have taken place in this action.

2. The plaintiff in this action is seeking recovery for personal injuries under theories of negligence and breach of warranties.

3. The underlying action is one in which this Court has original jurisdiction under §1332 of the United States Code and which may be removed to this Court by the defendants pursuant to §1441(a) as there is diversity of citizenship.

4. Plaintiff, upon information and belief, is a citizen of the State of Rhode Island and resides in North Smithfield, Providence County, Rhode Island.

5. Upon information and belief, the mater in controversy exceeds $75,000.00 exclusive of costs and interest.

6. Defendant, DaimlerChrysler Corporation., is a corporation duly organized and existing under the laws of the State of Delaware and has its principal place of business in Auburn Hills, Michigan.

7. This petition for removal is filed within 30 days of receipt of the Summons and Complaint by DaimlerChrysler Corporation.

8. A stamped copy of this petition for removal will be filed with the Superior Court.

**WHEREFORE**, DaimlerChrysler Corporation prays for removal of the above captioned matter from the Trial Court, Superior Court Department for the County of Providence, State of Rhode island and Providence Plantations to the United States District Court for the District of Rhode Island.

Dated: December 27, 2005

DAIMLERCHRYSLER CORPORATION

By Its Attorneys
CAMPBELL, CAMPBELL & EDWARDS,
PROFESSIONAL CORPORATION

Holly M. Polglase
One Constitution Plaza
Boston, MA 02129
Tel. No. (617) 241-3000
Fax. No. (617) 241-5115

CERTIFICATE OF SERVICE

I, Holly M. Polglase, attorney for the Defendant, Daimler Chysler Corporation., hereby certify that I have this date, December , 2005 forwarded copy of this Notice of Removal, via first class mail, postage prepaid, on the attorneys of record, namely, Amato DeLuca, Miriam Weizenbaum and Micheal Eskey, DeLuca & Weizenbaum LTD., 199 North Main Street, Providence, RI 02903.

Holly M. Polglase