UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **EDWARD ROBERGE and DEBORAH ROBERGE** Plaintiffs | ) | **Civil Action No:** |
| | ) | CA 05 - 537 S |
| **v.** | ) | |
| **DAIMLER CHRYSLER GROUP** Defendant | ) | |

**NOTICE OF REMOVAL**

**TO: Civil Clerk**
**Providence County Superior Court**
**250 Benefit Street**
**Providence, RI 02903**

**Amato A. DeLuca**
**Miriam Weizenbaum**
**Michael T. Eskey**
**DeLuca & Weizenbaum. LTD.**
**199 North Main Street**
**Providence, RI 02903**

Please take notice that the defendant, DaimlerChrysler Corporation, improperly named as Daimler Chrysler Group, a Delaware Corporation with a principal place of business at Auburn Hills, Michigan, has this day filed a petition for removal pursuant to 28 U.S.C sec 1332, 1441 and 1446, containing a statement of facts which entitle it to remove the case to the

United States District Court for the District of Rhode Island, together with a copy of all pleadings in its possession.

Attached to this notice as Exhibit A is a true and accurate copy of the petition for removal.

Dated: December 27, 2005

DAIMLERCHRYSLER CORPORATION

By Its Attorneys
CAMPBELL, CAMPBELL & EDWARDS,
PROFESSIONAL CORPORATION

Holly M. Polglase
One Constitution Plaza
Boston, MA 02129
Tel. No. (617) 241-3000
Fax. No. (617) 241-5115

CERTIFICATE OF SERVICE

I, Holly M. Polglase, attorney for the Defendant, Daimler Chysler Corporation., hereby certify that I have this date, December, 2005 forwarded copy of this Notice of Removal, via first class mail, postage prepaid, on the attorneys of record, namely, Amato DeLuca, Miriam Weizenbaum and Micheal Eskey, DeLuca & Weizenbaum LTD., 199 North Main Street, Providence, RI 02903.

Holly M. Polglase