UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **EDWARD ROBERGE and DEBORAH ROBERGE**<br>**Plaintiffs** | ) | **Civil Action No:** |
| | ) | 05 537 S |
| **v.** | ) | |
| | ) | |
| **DAIMLER CHRYSLER GROUP**<br>**Defendant** | ) | |

**CORPORATE DISCLOSURE STATEMENT**

DaimlerChrysler Corporation , improperly named as Daimler Chrysler Group, makes the following corporate disclosure statement:

DaimlerChrysler has no parent corporation and no publicly owned company owns 10% or more of DaimlerChrysler stock.

DaimlerChrysler Corporation is an indirect wholly owned subsidiary of DaimlerChrysler A.G.

**DAIMLERCHRYSLER CORPORATION**

By its attorneys,

**CAMPBELL, CAMPBELL EDWARDS & CONROY**

Holly M. Polglase
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

**CERTIFICATE OF SERVICE**

I, Holly M. Polglase, hereby certify that a true and correct copy of the foregoing Corporate Disclosure Statement was sent via first t class mail, postage prepaid to counsel of record for the plaintiffs on December 2005.

Holly M. Polglase