CA 05 - 537S

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2005-4192 EDWARD ROBERGE V DAIMLER CHRYSLER GROUP

Filing Date: 08-15-2005 Case Type: PERSONAL INJURY
Case Status: CLOSED DURING DISCOVERY Status Date: 12-28-2005

Plaintiff: EDWARD ROBERGE
ID: @10284026
Plaintiff: DEBORAH ROBERGE
ID: @10284027

Attorney: AMATO DELUCA
Attorney: MIRIAM WEIZENBAUM
Attorney: AMATO DELUCA
Attorney: MIRIAM WEIZENBAUM

Defendant: DAIMLER CHRYSLER GROUP
ID: @10284028

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 08-15-2005 | COMPLAINT FILED | |
| 08-15-2005 | INITIAL FILING FEE | |
| 08-18-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCP209940. |
| 12-19-2005 | SUMMONS,PROOF OF SERVICE FILED | |
| 12-28-2005 | NOTICE OF REMOVAL | Affiliated: DAIMLER CHRYSLER GROUP |
| 12-28-2005 | CASE REMVD TO US DISTRICT CT | |
| 12-28-2005 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island