RECEIVED
MAY 24 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAY 24 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **EDWARD ROBERGE and DEBORAH ROBERGE** | ) |
| **Plaintiffs,** | ) |
| **v.** | ) **CIVIL ACTION NO. 05-537S** |
| **DAIMLER CHRYSLER GROUP** | ) |
| **Defendant.** | ) |

The parties hereby stipulate and agree that this action be dismissed with prejudice and without costs pursuant to Fed.R.Civ.P. 41(a)(1)(ii).

**THE PLAINTIFFS**
By their attorneys,

**DELUCA & WEIZENBAUM, LTD.**

Amato A. Deluca #0531
Miriam Weizenbaum #5182
Michael Eskey #3035
Deluca & Weizenbaum
199 North Main Street
Providence, RI 02903
(401) 453-1500
Fax (401) 453-1501
teskey@delucaandweizenbaum.com

Enter
WESmith
USDJ
5/25/06

**DAIMLERCHRYSLER CORPORATION**
By its Attorneys,

**CAMPBELL CAMPBELL EDWARDS & CONROY PROFESSIONAL CORPORATION**

James M. Campbell
Anthony J. Sbarra, Jr. #7307
Campbell Edwards & Conroy, P.C.
One Constitutional Plaza
Boston, MA 02129
(617) 241-3000
Fax (617) 241-5115
asbarra@campbell-trial-lawyers.com

**Certificate of Service**

I, Anthony J. Sbarra, Jr., hereby certify that I have this date ~~April~~ May 23, 2006 served the attached Stipulation of Dismissal on all interested parties via first class mail postage prepaid to the attorney's of record, namely, Michael T. Eskey.

Anthony J. Sbarra, Jr.